IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



HOUSTON COLLINS, JR.; SHARLET BELTON COLLINS;
ROBERT EARL COLLINS; VELMA JEAN COLLINS;
DARRELL CALENDER; DWAYNE KEMP, CHRISTOPHER
WONG WON, DETRON BENDROSS, BERNARD VERGIS,
ASHLEY GRUNDY, and EDDIE YOUNGBLOOD, III, individually
and a.k.a. 2 Live Crew; TIMOTHY VENCENT YOUNG;
LEE ESTER CRUMP; and LINDA CHRISTMAS                                    PLAINTIFFS

VS.                                                  CIVIL ACTION NO. 3:01cv81WS

FRANK AINSWORTH; COPIAH COUNTY, MISSISSIPPI
SHERIFF DEPARTMENT; COPIAH COUNTY, MISSISSIPPI           DEFENDANTS

### ORDER OF DISMISSAL

The plaintiffs, Velma Jean Collins, Bernard Vergis and Darrell Calender, having brought suit herein, have failed, either through abandonment or the failure to present sufficient proof to support their claims, and therefore each and every claim brought by these plaintiffs is dismissed with prejudice.

IT IS THEREFORE ORDERED that the claims of Velma Jean Collins, Bernard Vergis, and Darrell Calender be dismissed with prejudice.

SO ORDERED, this the ___21st___ day of June, 2006.

                                    Henry T. Wingate
                                    United States District Court Judge

AGREED AS TO FORM:

Carroll Rhodes
Attorney for Plaintiffs

Michael J. Wolf
Attorney for Defendants