IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



HOUSTON COLLINS, JR.; SHARLET BELTON COLLINS;
ROBERT EARL COLLINS; DWAYNE KEMP, CHRISTOPHER
WONG WON, DETRON BENDROSS, ASHLEY GRUNDY,
and EDDIE YOUNGBLOOD, III, individually and a.k.a. 2 Live Crew;
TIMOTHY VENCENT YOUNG; LEE ESTER CRUMP; and
LINDA CHRISTMAS                                                                    PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 3:01cv81WS

FRANK AINSWORTH; COPIAH COUNTY, MISSISSIPPI
SHERIFF DEPARTMENT; COPIAH COUNTY, MISSISSIPPI

                                                                                   DEFENDANTS

### AGREED ORDER OF DISMISSAL
### OF FRANK AINSWORTH, INDIVIDUALLY

The plaintiffs, HOUSTON COLLINS, JR., SHARLET BELTON COLLINS, ROBERT EARL COLLINS, DWAYNE KEMP, CHRISTOPHER WONG WON, DETRON BENDROSS, ASHLEY GRUNDY, and EDDIE YOUNGBLOOD, III, TIMOTHY VENCENT YOUNG, THE ESTATE OF LEE ESTER CRUMP, and LINDA CHRISTMAS and the Defendant FRANK AINSWORTH, in his individual capacity, have announced that an agreement resolving of all claims and defenses has been mutually entered into, and the parties wish to dismiss the above entitled cause of action with prejudice, each party to bear their own cost, expenses

1

and attorney fees.

IT IS THEREFORE ORDERED that this matter be dismissed with prejudice, and that each party bear their own cost, expenses and fees.

SO ORDERED, this the _21st_ day of ~~May~~ June, 2006

_Henry T. Wingate_
Henry T. Wingate
United States District Court Judge

SO AGREED:

_Carroll Rhodes_
Carroll Rhodes
Attorney for Plaintiffs

_Michael J. Wolf_
Michael J. Wolf
Attorney for Defendants

Civil Action No. 3:01-cv-81 WS
Agreed Order of Dismissal of Frank Ainsworth,
Individually