IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



HOUSTON COLLINS, JR.; SHARLET BELTON COLLINS;
ROBERT EARL COLLINS; DWAYNE KEMP, CHRISTOPHER
WONG WON, DETRON BENDROSS, ASHLEY GRUNDY,
and EDDIE YOUNGBLOOD, III, individually and a.k.a. 2 Live Crew;
TIMOTHY VENCENT YOUNG; LEE ESTER CRUMP; and
LINDA CHRISTMAS                                                    PLAINTIFFS

VS.                                          CIVIL ACTION NO. 3:01cv81WS

FRANK AINSWORTH; COPIAH COUNTY, MISSISSIPPI
SHERIFF DEPARTMENT; COPIAH COUNTY, MISSISSIPPI
                                                                   DEFENDANTS

## AGREED ORDER OF DISMISSAL

The plaintiffs, HOUSTON COLLINS, JR., SHARLET BELTON COLLINS, ROBERT EARL COLLINS, DWAYNE KEMP, CHRISTOPHER WONG WON, DETRON BENDROSS, ASHLEY GRUNDY, and EDDIE YOUNGBLOOD, III, TIMOTHY VENCENT YOUNG, THE ESTATE OF LEE ESTER CRUMP, and LINDA CHRISTMAS and the Defendants COPIAH COUNTY, THE COPIAH COUNTY SHERIFFS DEPARTMENT, AND FRANK AINSWORTH IN HIS OFFICIAL CAPACITY, have announced that an agreement resolving all claims and defenses has been mutually entered into, including the affirmation by Copiah County that it supports and defends the laws of the State of Mississippi and the Constitution of the United States, including the conduct at checkpoints, the parties wish to dismiss the above entitled cause of action with prejudice, with each party to bear their own

1

cost, expenses and attorney fees.

IT IS THEREFORE ORDERED that this matter be dismissed with prejudice, and that each party bear their own cost, expenses and fees.

SO ORDERED this the __21st__ day of May, 2006

Henry T. Wingate
United States District Court Judge

SO AGREED:

Carroll Rhodes
Attorney for Plaintiffs

Michael J. Wolf
Attorney for Defendants

Civil Action No. 3:01-cv-81 WS

2